United States District Court
Southern District of Texas
**ENTERED**
May 08, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ANDRE PIERRE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-259 |
| | § | |
| ADENIKE OGINNI, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be heard **Defendant Hulipas's Motion to Seal the Motion for Summary Judgment with Brief in Support and Appendix**. The Court, after considering the pleadings of the parties filed herein, is of the opinion that the motion should be **GRANTED.**

It is hereby **ORDERED** that **Defendant Hulipas's Motion to Seal the Motion for Summary Judgment with Brief in Support and Appendix** is filed **UNDER SEAL**.

SIGNED at Galveston, Texas, this 8th day of May, 2018.

George C. Hanks Jr.
United States District Judge